_____



SO ORDERED,

**Judge Neil P. Olack**
**United States Bankruptcy Judge**
**Date Signed: January 5, 2018**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

In Re: **STAFFORD E. SHURDEN**                                                   **CHAPTER 12**
                                                                                  **NO. 17-11412 NPO**

**ORDER GRANTING MOTION TO SHORTEN
NOTICE TIME REGARDING MOTION FOR
AUTHORITY TO SELL FARM EQUIPMENT
<u>OUTSIDE THE ORDINARY COURSE OF BUSINESS (Dkt.#72)</u>**

THIS MATTER is before the Court on the Motion to Shorten Notice Time regarding Debtor's Motion for Authority to Sell Farm Equipment Outside the Ordinary Course of Business, filed on January 5, 2018 (the "Motion to Shorten") (Dkt. #74). The Court has reviewed the Motion to Shorten and finds it well taken. Accordingly, is hereby

ORDERED, ADJUDGED AND DECREED that the Motion to Shorten (Dkt. #74) is granted. The Debtor shall serve a copy of the Motion for Authority to Sell Farm Equipment Outside the Ordinary Course of Business (Dkt.#72) and the Notice of the Motion for Authority to Sell Farm Equipment Outside the Ordinary Course of Business on all parties within three days of the entry of this Order, and the response deadline shall be the 13th day following the entry of this Order.

**END OF ORDER**

Submitted by:

/s/ Robert Gambrell
Robert Gambrell, Atty for Debtor, MS Bar #4409
GAMBRELL & ASSOCIATES, PLLC
101 Ricky D. Britt Blvd., Ste. 3
Oxford, MS 38655
Ph: (662)281-8800 / Fax: (662)202-1004
rg@ms-bankruptcy.com