___



SO ORDERED,

*Neil P. Olack*

**Judge Neil P. Olack**
**United States Bankruptcy Judge**
**Date Signed: September 14, 2018**

The Order of the Court is set forth below. The docket reflects the date entered.
___

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

IN RE:

    **STAFFORD E. SHURDEN,**　　　　　　　　　　　　　**CASE NO. 17-11412-NPO**


    **DEBTOR .**　　　　　　　　　　　　　　　　　　　　　**CHAPTER 12**

Robert Gambrell, Esq.
Harold J. Barkley, Jr., Trustee
Harold H. Mitchell, Jr., Esq.

## ORDER TO SHOW CAUSE

YOU ARE HEREBY ORDERED TO APPEAR on September 27, 2018, at 11:00 a.m., in the Greenville Federal Building, 305 Main Street, Greenville, Mississippi, to show cause why sanctions or other relief should not be imposed for failure to submit the appropriate order or judgment resulting from the certain hearing held on the August 30, 2018, on the *Motion for Authority to Sell Farm Equipment Outside the Ordinary Course of Business, Nunc Pro Tunc* filed by Stafford E. Shurden (Dkt. #152).  *See* Miss. Bankr. L. R. 1001-1(g) and 9013-1(e).


##END OF ORDER##